Galen T. Shimoda (Cal. State Bar No. 226752)
Jennet F. Zapata (Cal. State Bar No. 277063)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716;
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
       jzapata@shimodalaw.com

Attorneys for Plaintiffs KYLE RICKWALT; BENJAMIN CHAVEZ;
KAMERON CIERI; MAURILIO GONZALES, III;
XAVIER GONZALEZ; ANGELO NAVARRO; ANDREW PINZON;
SERGIO ESCOBAR; on behalf of themselves and similarly situated employees

Robert A. Jones (SBN 107839)
Justin Michael Scott (SBN 302502)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Phone: (415) 442-4810
Fax: (415) 442-4870
Email: bob.jones@ogletreedeakins.com
       justin.scott@ogletreedeakins.com

Attorneys for Defendant DIRECT RECONDITIONING, LLC, and DIRECT RECONDITIONING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE RICKWALT; BENJAMIN CHAVEZ; KAMERON CIERI; MAURILIO GONZALES, III; XAVIER GONZALEZ; ANGELO NAVARRO; ANDREW PINZON; SERGIO ESCOBAR; on behalf of themselves and similarly situated employees,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECT RECONDITIONING, LLC, a Georgia Limited Liability Corporation; DIRECT RECONDITIONING; ADESA, INC., a Delaware Corporation; ADESA California, LLC; a California Limited Liability Company, and DOES 1 to 100, inclusive;<br><br>Defendants. | Case No.: 2:15-CV-01190-TLN-AC<br><br>**STIPULATION AND ORDER REGARDING ORDER TO FILE JOINT STATUS REPORT** |

1  WHEREAS, Plaintiffs originally filed the present Action in Superior Court of the State
2  of California, for the County of Sacramento on February 25, 2015;
3  WHEREAS, Defendants Direct Reconditioning, Inc. and Direct Reconditioning filed a
4  Notice of Removal to the U.S. District Court, Eastern District of California on June 2, 2015;
5  WHEREAS, on June 2, 2015, the Court issued an Order Requiring Joint Status Report
6  to be filed by the parties within 60 days of the filing of the Notice of Removal, which in this
7  case would be August 3, 2015;
8  WHEREAS, Plaintiffs filed a Motion to Remand the Action to State Court on July 2,
9  2015, and the hearing on such Motion is set for July 30, 2015,
10 THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:
11 By and through their attorneys of record, the parties request that this Court stay the
12 June 2, 2015 Order Requiring Joint Status Report until the Court rules on the pending Motion
13 to Remand the Action to State Court.

DATED: July 13, 2015                    **Shimoda Law Corp.**

By:    /s/ Galen T. Shimoda
       Galen T. Shimoda
       Jennet F. Zapata
       Attorneys for Plaintiffs Rickwalt, et al.

DATED:  July 13, 2015                   **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

By:    /s/ Justin M. Scott
       Robert A. Jones
       Justin M. Scott (Approved on 7/13/15)
       Attorneys for Defendants Direct
       Reconditioning, LLC, and Direct
       Reconditioning

**IT IS SO ORDERED.**

Dated:  July 14, 2015

_____
Troy L. Nunley
United States District Judge